UNITED STATES DISTRICT COURT EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 SEP 28 P 2:37

CLERK OF COURT

**PRENTIE SINCLAIR SANDERS,**
Plaintiff,

v.

**ALLAN GARCIA,**
Defendant.

**Case No.** 26-C 1775

# CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

## I. PARTIES

1. Plaintiff, Prentie Sinclair Sanders (DOC No. 589956), is an adult individual currently receiving mail at: **3238 West Clybourn Street Milwaukee, Wisconsin 53208**

2. Defendant, Officer Allan Garcia, is a state correctional officer employed at the Milwaukee Secure Detention Facility (MSDF / WSDF), acting under color of state law. Defendant Garcia is sued in both his individual capacity for monetary damages and his official capacity for declaratory and injunctive relief

## II. JURISDICTION

1. This action is brought pursuant to 42 U.S.C. § 1983 to redress the deprivation of Plaintiff's constitutional rights secured by the United States Constitution.

2. Jurisdiction is conferred upon this Court pursuant to 28 U.S.C. § 1331.

## III. STATEMENT OF CLAIMS

1. On August 29, 2026, at approximately 4:20 PM, Defendant Allan Garcia approached cell 5A10 at WSDF where Plaintiff was housed on clinical observation status.

2. Prior to or during the incident, Defendant Garcia approached Plaintiff's door, winked multiple times, and stated, *"I got you, I got you,"* demonstrating prior malice, bad faith, and a pre-planned scheme to fabricate disciplinary charges.

3. Defendant Garcia directed Plaintiff to return a styrofoam tray. When the exchange occurred, Defendant Garcia authored Major Conduct Report #00563599, falsely claiming Plaintiff stated, *"I'm gonna hurt you real bad, you're gonna piss me off"*.

4. Eyewitness staff—including Officer Soja standing feet away—never heard any such threat, and Officer Coleman stated Garcia was merely drafting a name-calling write-up before maliciously escalating and falsifying the record.

5. Upon being taken off clinical observation status on August 31, 2026, the fabricated major conduct report directly and proximately caused Plaintiff to be immediately placed into TLU (Temporary Lock-Up / Temporary Living Unit) restrictive housing, resulting in unmerited liberty-interest restriction and severe emotional distress.

6. The fabricated conduct report was never subjected to a valid, completed evidentiary due process disposition prior to Plaintiff's institutional movement/release sequence.

## IV. RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Assume jurisdiction over this matter.

2. Grant compensatory and punitive damages against the Defendant.

3. Issue a declaratory judgment finding Conduct Report #00563599 constitutionally and factually void as a product of bad-faith fabrication.

4. Grant any such other and further relief as this Court deems just and proper.

**Dated:** September 20, 2026

Respectfully submitted,
Prentie Sinclair Sanders, Pro Se 3238 West Clybourn Street Milwaukee, Wisconsin 53208

Prentie Sanders